**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Northern District of Illinois, Eastern Division

Case number (*If known*): _____    Chapter 7

☐ Check if this is an amended filing

## Official Form 105

# Involuntary Petition Against an Individual                 12/15

Use this form to begin a bankruptcy case against an individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against a Non-individual* (Official Form 205). Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:

   ☑ Chapter 7
   ☐ Chapter 11

### Part 2: Identify the Debtor

2. **Debtor's full name**

   Robert
   First name

   L.
   Middle name

   Stejskal
   Last name

   _____
   Suffix (Sr., Jr., II, III)

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed, married, maiden, or trade names, or *doing business as* names.

4. **Only the last 4 digits of debtor's Social Security Number or federal Individual Taxpayer Identification Number (ITIN)**

   ☑ Unknown

   xxx – xx – ____ ____ ____ ____    OR    9 xx – xx – ____ ____ ____ ____

5. **Any Employer Identification Numbers (EINs) used in the last 8 years**

   ☐ Unknown

   ___ ___ – ___ ___ ___ ___ ___ ___ ___
   EIN

   ___ ___ – ___ ___ ___ ___ ___ ___ ___
   EIN

Official Form 105                Involuntary Petition Against an Individual                page 1

Debtor  **Robert L. Stejskal**  Case number (if known) _____

### 6. Debtor's address

**Principal residence**

2208 West Diversey,
Number   Street

Suite C

Chicago          IL     60647
City             State  ZIP Code

County
County

**Principal place of business**

9440 Bay Colony
Number   Street
Unit 1E

DesPlaines       IL     60016
City             State  ZIP Code

County

**Mailing address, if different from residence**

2906 N. Windsor Drive
Number   Street

Arlington Heights   IL   60004
City                State ZIP Code

### 7. Type of business

☐ Debtor does not operate a business

*Check one if the debtor operates a business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☑ None of the above

### 8. Type of debt

**Each petitioner believes:**

☐ **Debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ **Debts are primarily business debts.** *Business debts* are debts that were incurred to obtain money for a business or investment or through the operation of the business or investment.

### 9. Do you know of any bankruptcy cases pending by or against any partner, spouse, or affiliate of this debtor?

☑ No
☐ Yes. Debtor _____   Relationship _____

District _____ Date filed _____ Case number, if known _____
                                MM / DD / YYYY

Debtor _____   Relationship _____

District _____ Date filed _____ Case number, if known _____
                                MM / DD / YYYY

Debtor    Robert L. Stejskal _____    Case number (if known)_____

## Part 3: Report About the Case

**10. Venue**
Reason for filing in this court.

*Check one:*

☑ Over the last 180 days before the filing of this bankruptcy, the debtor has resided, had the principal place of business, or had principal assets in this district longer than in any other district.

☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

☐ Other reason. Explain. (See 28 U.S.C. § 1408.) _____

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

☑ The debtor is generally not paying such debtor's debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

☐ No

☑ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Golfwood Square, LLC | Judgment | $ 915,000.00 |
| Republic Bank of Chicago | Judgment | $ 518,621.80 |
| WM Capital Management, Inc. | Judgment | $ 1,514,161.94 |
|  | Total | $ 2,947,783.74 |

If more than 3 petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's (or representative's) signature under the statement, along with the signature of the petitioner's attorney, and the information on the petitioning creditor, the petitioner's claim, the petitioner's representative, and the attorney following the format on this form.

Debtor **Robert L. Stejskal**  Case number (if known) _____

## Part 4: Request for Relief

Petitioners request that an order for relief be entered against the debtor under the chapter specified in Part 1 of this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioners declare under penalty of perjury that the information provided in this petition is true and correct. Petitioners understand that if they make a false statement, they could be fined up to $250,000 or imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152 and 3571. If relief is not ordered, the court may award attorneys' fees, costs, damages, and punitive damages. 11 U.S.C. § 303(i).

**Petitioners or Petitioners' Representative**

X _/s/ Rebecca Voutiritsas_
Signature of petitioner or representative, including representative's title

**Golfwood Square, LLC**
Printed name of petitioner

Date signed  04/28/2017
              MM / DD / YYYY

**Mailing address of petitioner**

1834 Walden Square #350
Number   Street

Schaumberg                    IL        60173
City                          State     ZIP Code

**If petitioner is an individual and is not represented by an attorney:**
Contact phone  _____
Email          _____

**Name and mailing address of petitioner's representative, if any**

Rebecca Voutiritsas, Manager
Name

1834 Walden Square #350
Number   Street

Schaumberg                    IL        60173
City                          State     ZIP Code

**Attorneys**

X _/s/ Ariel Weissberg_
Signature of attorney

**Ariel Weissberg**
Printed name

**Weissberg and Associates, Ltd.**
Firm name, if any

401 South LaSalle, Suite 403
Number   Street

Chicago                       IL        60605
City                          State     ZIP Code

Date signed  04/28/2017
              MM / DD / YYYY

Contact phone 312-663-0004   Email ariel@weissberglaw.com

Debtor  Robert L. Stejskal                                    Case number (if known) _____

---

**X** _____
Signature of petitioner or representative, including representative's title

WM Capital Management, Inc.
Printed name of petitioner

Date signed  04/28/2017
             MM / DD / YYYY

Mailing address of petitioner

885 Third Avenue, Suite 2403
Number   Street

New York                NY        10022
City                    State     ZIP Code

Name and mailing address of petitioner's representative, if any

Emma J. Vosicky, Esq.
Name

111 N. Ottawa Street
Number   Street

Joliet,                 IL        60432
City        State ZIP Code

---

**X** _____
Signature of Attorney

Ariel Weissberg
Printed name

Weissberg and Associates, Ltd.
Firm name, if any

401 South LaSalle, Suite 403
Number   Street

Chicago                 IL        60605
City                    State     ZIP Code

Date signed  04/28/2017
             MM / DD / YYYY

Contact phone 312-663-0004   Email ariel@weissberglaw.com

---

**X** _____  atty at agent
Signature of petitioner or representative, including representative's title

Republic Bank of Chicago
Printed name of petitioner

Date signed  04/28/2017
             MM / DD / YYYY

Mailing address of petitioner

200 North LaSalle Street, Suite 2020
Number   Street

Chicago                 Illinois  60601
City                    State     ZIP Code

Name and mailing address of petitioner's representative, if any

Edward Freud, Esq.
Name

200 North LaSalle Street, Suite 2020
Number   Street

Chicago                 IL        60601
City                    State     ZIP Code

---

**X** _____
Signature of Attorney

Ariel Weissberg
Printed name

Weissberg and Associates, Ltd.
Firm name, if any

401 South LaSalle, Suite 403
Number   Street

Chicago                 IL        60605
City                    State     ZIP Code

Date signed  04/28/2017
             MM / DD / YYYY

Contact phone 312-663-0004   Email ariel@weissberglaw.com

---

Official Form 105        Involuntary Petition Against an Individual        page **5**

Debtor   Robert L. Stejskal                             Case number (if known) _____

**X** _Emma J. Vosicky, agent_ (signature)
Signature of petitioner or representative, including representative's title

WM Capital Management, Inc.
Printed name of petitioner

Date signed  04/28/2017
             MM / DD / YYYY

**Mailing address of petitioner**

885 Third Avenue, Suite 2403
Number   Street

New York                    NY     10022
City                        State  ZIP Code

**Name and mailing address of petitioner's representative, if any**

Emma J. Vosicky, Esq.
Name

111 N. Ottawa Street
Number   Street

Joliet,              IL     60432
City   State ZIP Code

---

**X** _Ariel Weissberg_ (signature)
Signature of Attorney

Ariel Weissberg
Printed name

Weissberg and Associates, Ltd.
Firm name, if any

401 South LaSalle, Suite 403
Number   Street

Chicago                     IL     60605
City                        State  ZIP Code

Date signed  04/28/2017
             MM / DD / YYYY

Contact phone 312-663-0004   Email ariel@weissberglaw.com

---

**X** _____
Signature of petitioner or representative, including representative's title

Republic Bank of Chicago
Printed name of petitioner

Date signed  04/28/2017
             MM / DD / YYYY

**Mailing address of petitioner**

200 North LaSalle Street, Suite 2020
Number   Street

Chicago              Illinois  60601
City                 State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

Edward Freud, Esq.
Name

200 North LaSalle Street, Suite 2020
Number   Street

Chicago              IL     60601
City                 State  ZIP Code

---

**X** _Ariel Weissberg_ (signature)
Signature of Attorney

Ariel Weissberg
Printed name

Weissberg and Associates, Ltd.
Firm name, if any

401 South LaSalle, Suite 403
Number   Street

Chicago              IL     60605
City                 State  ZIP Code

Date signed  04/28/2017
             MM / DD / YYYY

Contact phone 312-663-0004   Email ariel@weissberglaw.com